J-S54023-15

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | IN THE SUPERIOR COURT OF PENNSYLVANIA |
| Appellee | |
| v. | |
| BULI, ROBERT RUSSELL | |
| Appellant | No. 3438 EDA 2014 |

Appeal from the PCRA Order November 7, 2014
In the Court of Common Pleas of Bucks County
Criminal Division at No(s): CP-09-CR-0001294-1978

BEFORE: BOWES, J., PANELLA, J., and FITZGERALD[*], J.

JUDGMENT ORDER BY PANELLA, J.                    **FILED JULY 06, 2016**

Appellant was under the age of eighteen when he committed first-degree murder and was sentenced to a term of life imprisonment without the possibility of parole in 1979. Shortly after the United States Supreme Court's decision in **Miller v. Alabama**, 132 S.Ct. 2455 (2012), Appellant filed a PCRA petition. The PCRA court denied the petition relying on our Supreme Court's decision in **Commonwealth v. Cunningham**, 81 A.3d 1 (Pa. 2013). Appellant appealed. Relying on **Cunningham**, this panel affirmed. **See Commonwealth v. Buli**, No. 3438 EDA 2014 (Pa. Super., filed October 21, 2015) (unpublished memorandum) (Panella, J.).

---

[*] Former Justice specially assigned to the Superior Court.

Appellant then filed a petition for allowance of appeal in our Supreme Court. While the petition for allowance of appeal was pending, the United States Supreme Court decided ***Montgomery v. Louisiana***, 136 S.Ct. 718 (2016), finding that ***Miller*** recognized "a new substantive rule of constitutional law" and should apply retroactively. 136 S.Ct. at 729. Given that holding, Appellant filed in our Supreme Court a petition for remand of his case to the Court of Common Pleas of Bucks County. Shortly after the filing of the petition for remand, our Supreme Court entered an order citing ***Montgomery***, vacating our memorandum decision, and remanding for further proceedings consistent with ***Montgomery***. ***See Commonwealth v. Buli***, No. 876 MAL 2015, Order, 2/12/16.

It is clear that in light of ***Montgomery*** Appellant is entitled to relief. ***See***, ***e.g.***, ***Commonwealth v. Secreti***, 134 A.3d 77 (Pa. Super. 2016). Accordingly, we reverse the PCRA court's order dismissing Appellant's petition, vacate the judgment of sentence and remand for re-sentencing pursuant to ***Miller*** and ***Montgomery***.

Order reversed. Judgment of sentence vacated. Case remanded for re-sentencing. Jurisdiction relinquished.

Judgment Entered.

Joseph D. Seletyn, Esq.
Prothonotary


Date: 7/6/2016